UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LORRAINE J. ALAKSON,

        Plaintiff,

Case No. 21-12596
Hon. Gershwin A. Drain

v.

SUMMIT PSYCHIATRIC SERVICES, P.L.C.
a professional limited liability company,

        Defendant.

| | |
|---|---|
| GASIOREK, MORGAN, GRECO, MCCAULEY & KOTZIAN, P.C.<br>David A. Kotzian (P38308)<br>Angela M. Mannarino (P72374)<br>Attorneys for Plaintiff<br>30500 Northwestern Hwy., Ste. 425<br>Farmington Hills, MI 48334<br>(248) 865-0001<br>dkotzian@gmgmklaw.com<br>amannarino@gmgmklaw.com | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC<br>Joseph A. Starr (P47253)<br>Zeth D. Hearld (P79725)<br>Attorneys for Defendant<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI 48076<br>(248) 554-2700<br>jstarr@starrbutler.com<br>zhearld@starrbutler.com |

## **STIPULATED ORDER OF DISMISSAL**

    The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the above entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party. IT IS SO ORDERED.

{00095649.DOCX}

Dated: May 6, 2022                             s/Gershwin A. Drain
                                                            Hon. Gershwin A. Drain
                                                            U.S. District Court Judge

Approved as to form and substance:

/s/ Angela M. Mannarino (w/consent)
David A. Kotzian (P38308)
Angela M. Mannarino (P72374)
Attorneys for Plaintiff


/s/ Zeth D. Hearld
Joseph A. Starr (P47253)
Zeth D. Hearld (P79725)
Attorneys for Defendant

{00095649.DOCX}                                     2